IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WE UTERQUE HOLDING CORP., | § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:20-cv-00087-A |
| PAUL EZEKIEL TURNER AND MAINSTREET PROPERTY GROUP, LLC, | § § § § | |
| Defendants. | § | |

### AGREED JUDGMENT AND ORDER FOR
### DISMISSAL OF CERTAIN CLAIMS WITHOUT PREJUDICE

On the date entered below, came on for consideration, the Joint Motion for Entry of Agreed Judgment and Dismissal of Certain Claims Without Prejudice (the "Motion") filed by Plaintiff We Uterque Holding Corp. ("Plaintiff") and Defendants Paul Ezekiel Turner ("Turner") and Mainstreet Property Group, LLC ("MPG") requesting the entry of a judgment in favor of Plaintiff and against MPG for the deficiencies remaining due under the promissory notes at issue based on the terms of the Guaranties executed by MPG and for the dismissal without prejudice of all the claims asserted by Plaintiff against Turner. The Court finds that as evidenced by the signatures of the Parties' respective attorneys of record hereon, the Parties are in agreement to the relief requested in the Motion. The Court further finds that the Motion is well taken and that the following judgment should be entered.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Plaintiff is awarded a judgment from and against MPG for the aggregate amount of $4,314,392.65 representing the amounts due and owing by MPG for the Amarillo Note as of October 13, 2020, plus a judgment from and against MPG for pre-judgment interest on such amount from and after October 13, 2020, to the date hereof at the rate of 8.73925% per annum.

IT IS FURTHER ORDERED that Plaintiff is awarded a judgment from and against MPG for the aggregate sum of $4,828,090.37 representing the amounts due and owing from MPG for the Beaumont Note as of October 13, 2020, plus pre-judgment interest on such amount from and after October 13, 2020, to the date hereof at the rate of 8.73925% per annum.

IT IS FURTHER ORDERED that Plaintiff is awarded a judgment from and against MPG for the aggregate sum of $1,584,540.42 representing the amounts due and owing by MPG for the Temple Note as of October 13, 2020, plus pre-judgment interest on such amount from and after October 13, 2020, to the date hereof at the rate of 5.73925% per annum.

IT IS FURTHER ORDERED that Plaintiff is awarded a judgment from and against MPG for its costs.

IT IS FURTHER ORDERED that all claims and causes of action asserted by Plaintiff in this case against Turner are hereby dismissed without prejudice to the refiling of same.

SIGNED this __15__ day of __December__, 2020.

_____
UNITED STATES DISTRICT JUDGE

AGREED:

By: _____
Brian T. Morris
State Bar No. 14469600
bmorris@winstead.com

Bradley A. Monk
State Bar No. 24077502
bmonk@winstead.com

**AGREED JUDGMENT AND ORDER FOR DISMISSAL**
**OF CERTAIN CLAIMS WITHOUT PREJUDICE** – Page 2

WINSTEAD PC
500 Winstead Building
2728 N. Harwood Street
Dallas, Texas 75201
(214) 745-5400 / (214) 745-5390 – FAX

ATTORNEYS FOR PLAINTIFF WE UTERQUE HOLDING CORP.

By: _____
Brad W. Gaswirth
State Bar No. 24027185
BGaswirth@CanterburyLaw.Com

CANTERBURY GOOCH SURRATT
SHAPIRO STEIN GASWIRTH & JONES, P.C.
4851 LBJ Freeway, Suite 301
Dallas, Texas 75244
(972) 239-7493 / (972) 490-7739 – Fax

ATTORNEYS FOR DEFENDANTS PAUL EZEKIEL TURNER
AND MAINSTREET PROPERTY GROUP, LLC