IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| WE UTERQUE HOLDING CORP., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-087-A |
| | § | |
| PAUL EZEKIEL TURNER, ET AL., | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

Consistent with the agreed judgment and order for dismissal of certain claims without prejudice signed this date,

The court ORDERS, ADJUDGES, and DECREES that plaintiff, We Uterque Holding Corp., have and recover from defendant Mainstreet Property Group, LLC ("Mainstreet"), the sum of $10,880,626.95, plus post-judgment interest thereon at the rate of 0.10%, computed daily on the unpaid balance from the date of entry of this judgment until the full amount of the judgment is paid, and compounded annually.

The court further ORDERS, ADJUDGES, and DECREES that plaintiff have and recover its court costs from Mainstreet.

The court further ORDERS, ADJUDGES, and DECREES that plaintiff's claims against defendant Paul Ezekiel Turner be, and are hereby, dismissed with prejudice to the extent that such claims will not be reasserted in this case and without prejudice

as to the reassertion of such claims in any other case or court.

SIGNED December 15, 2020.

_____
JOHN McBRYDE
United States District Judge

2